UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAMBRIDGE FUNDING SOURCE LLC,

                        Plaintiff,

v.                                                                     ORDER

HCF INSURANCE AGENCY, et al.,                22-CV-03372 (PMH)

                        Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      By joint letter dated July 8, 2022, the Parties have advised the Court that they agree to arbitrate the instant dispute. (Doc. 14). Accordingly, it is HEREBY ORDERED that this action is stayed pending arbitration.

      The Clerk of Court is instructed to administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

      All scheduled conferences or other Court appearances are cancelled.

SO ORDERED.

Dated:  White Plains, New York
        July 11, 2022

                                                           Philip M. Halpern
                                                          United States District Judge

---

[1] *See Bernardino v. Barnes & Noble Booksellers, Inc.*, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which . . . was made for administrative or statistical convenience."); *Abreu v. Thomas*, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019) ("Administrative closure is a docket management device which allows the removal of cases from the court's docket in appropriate situations . . . The effect of an administrative closure is the same as a stay" (internal citations and quotation marks omitted)).